IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

KEITA WILLIAMS,

    Plaintiff,

v.                                      CASE NO. 1:04-cv-00444-MP-AK

TAMMY ROBERTS,
SCOTT WALKER,

    Defendants.

_____/

### O R D E R

This matter is before the Court on Doc. 10, Report and Recommendations of the Magistrate Judge, recommending that this case be dismissed as frivolous and that the Clerk note on the docket that this dismissal constitutes a strike pursuant to 28 U.S.C. § 1915(g). Plaintiff filed objections, at doc. 11. Plaintiff filed a civil action claiming that no evidence supported the result of a certain prison disciplinary hearing. Such claims cannot be brought in a civil action unless the disciplinary action has been overturned previously. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2. This action is dismissed as frivolous, and the clerk is directed to close the file and to note on the docket sheet that this case is frivolous as that term is used in 28 U.S.C. § 1915(g).

**DONE AND ORDERED** this _5th_ day of October, 2005

                              *s/Maurice M. Paul*
                      Maurice M. Paul, Senior District Judge